9744574

AO 442 (Rev. 01/09) Arrest Warrant

2025 NOV 14 16:28
UNITED STATES MARSHAL

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) |
|---|---|
| v. | ) |
| MUNEEB AKHTER<br>a/k/a MICKEY AKHTER<br>a/k/a MUNIB AKHTER | ) Case No. 1:25-CR-307 ) ) **UNDER SEAL** ) |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Muneeb Akhter                                             ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Ct. 1: Conspiracy, in violation of 18 U.S.C. § 371
Ct. 2: Intentional Damage to a Protected Computer Without Authorization, in violation of 18 U.S.C. §§ 1030(a)(5) and (c)(4)(C)(i)
Ct. 3: Obtaining Information from Computer Without Authorization, in violation of 18 U.S.C. §§ 1030(a)(2) and (c)(2)(C), 2
Ct. 4: Theft of United States Government Records, in violation of 18 U.S.C. § 641
Ct. 5-6: Aggravated Identity Theft, in violation of 18 U.S.C. § 1028A(a)(1)

Date: 11/13/2025

*Issuing officer's signature*

City and state:  Alexandria, Virginia

J. Lanham, Deputy Clerk
*Printed name and title*

---

### Return

This warrant was received on *(date)* 11/13/25, and the person was arrested on *(date)* 12/3/2025
at *(city and state)* ALEXANDRIA, VA.

Date: 12/3/2025

*Arresting officer's signature*

DEBORAH BLAIN, SPECIAL AGENT
*Printed name and title*
FXC OIG