9745520

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) |
| --- | --- |
| v. | ) |
| SOHAIB AKHTER | ) Case No. 1:25-CR-307 |
| a/k/a SUHAIB AKHTER | ) |
|  | ) **UNDER SEAL** |
| *Defendant* | ) |

## ARREST WARRANT

**UNDER SEAL**

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Sohaib Akhter                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy, in violation of Title 18, United States Code, Section 371

Password Trafficking, in violation of Title 18, United States Code, Section 1030(a)(6)

Date: 11/13/2025

*Issuing officer's signature*

City and state:   Alexandria, Virginia

J. Lanham, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 12/1/25, and the person was arrested on *(date)* 12/3/25
at *(city and state)*

Date: 12/3/25

*Arresting officer's signature*

Peter Caggiano, Special Agent
*Printed name and title*