| | |
|---|---|
| | TYPE OF HEARING: Rule 5 |
| | CASE NUMBER: 1:25-CR- 307 |
| | MAGISTRATE JUDGE: Lindsey R. Vaala |
| | DATE: 12/3/2025 |
| | TIME: 2:00pm |
| EASTERN DISTRICT OF VIRGINIA | TAPE: FTR RECORDER |

UNITED STATES OF AMERICA

       VS.

Muneeb Akhter (deft 1)  Sohaib Akhter (deft 2)

GOVT. ATTY: __Vanessa Strobbe / George Brown__

DEFT'S ATTY: __without counsel__

   DUTY AFPD/CJA: __Dan Goldman & Chong Park__

INTERPRETER_____ LANGUAGE _____

DEFT CONSENTS TO PROCEED WITH VIDEO CONFERENCE (  )
DEFT INFORMED OF RIGHTS, CHARGES AND PENALTIES ( X )
DEFT INFORMED OF THE VIOLATION(S) (  )
COURT TO APPOINT COUNSEL ( X )   FPD (  ) CJA ( X ) Conflict List (  )  Reappointed (  )
   Counsel appointed for the purpose of hearing in the EDVA(  )
   Counsel appointed for the purpose of todays hearing (  )

Counsel for the parties and the defendant were orally advised of the disclosure obligations set forth in Brady v. Maryland, 373 U.S. 83 (1963) and its progeny. ( X )

Consent to Trial Before US Magistrate Judge (  )

   The govt moved for a detention hearing under 18 USC 3142(f)(2)(A) & (B).  The request for a detention hearing was Granted.  Defendants remanded to the custody of the USMS.

Deft recognized to appear at further court date (  )

NEXT COURT APPEARANCE _____12/5/2025_____ TIME __2:00pm__

                              DH- LRV

                                                                                                    In Court Time : __26 minutes__
                                                                                                                                                     2:08 - 2:27