IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

THE UNITED STATES OF AMERICA

v.

MUNEEB AKHTER a/k/a MICKEY AKHTER

and

SOHAIB AKHTER a/k/a SUHAIB AKHTER

CASE No. 1:25-CR-307

HONORABLE JUDGE ROSSIE D. ALSTON

FILED MAILROOM JAN - 9 2026 CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA

## REPLY TO OPPOSE GOVERNMENT'S MOTION TO DESIGNATE CASE COMPLEX

The Defendant, Muneeb Akhter, filing Pro-Se humbly opposes the government's motion to designate case as complex pursuant 18 U.S.C. § 3161(h)(7)(B)(ii) and petitions the court maintain the February 2nd, 2026 trial date and dismiss their motion as facts stated have no bearing in case, factors for complex designation remains unchanged, and defendant proposes Speedy Trial waivers be issued in lieu of designation.

### ARGUMENT

The government claims new charges and a superceding indictment will be filed but has not yet shown defendant any new evidence or what the suggested charges might be. They claim they are still in review of discovery and only provided a subset during a reverse proffer. Speedy Trial is the defendants' Constitutional Right and should be maintained in the interest of freedom and the burden of proof lies with the government for 18 U.S.C. 3161(h)(7)(B)(ii) factors, which currently remain unchanged.

If the volume of discovery is large, defendant proposes a proffer session to help parties navigate what was collected. If the government needs more time to bring superceding charges, and the current charges are limited in scope to the week of defendants' expulsion from Company 1, defendant requests supporting a temporary bond release to waive trial.

### CONCLUSION

The trial date should remain unchanged, case remain uncomplex, and motion dismissed

Respectfully Submitted
MUNEEB AKHTER
1/7/2026, filing Pro-Se