

MUNEEB AKHTER (A0165836)
2001 MILL ROAD
ALEXANDRIA, VA 22314

NOVA 220

9 JAN 2026   PM 3   L

USA ★ FOREVER

RECEIVED
MAILROOM

JAN 1 2 2026

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VA

1:25-CR-307

ATTN: CLERK OF THE COURT, 2ND FLOOR

401 COURTHOUSE SQUARE

ALEXANDRIA, VA 22314

U.S. MARSHALS
INSPECTED

22314-570499



William G. Truesdale Adult Detention Center

Road

Alexandria Virginia 22314

© USPS 2019

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC
MIX
Envelope
FSC® C137131