Date:  1/21/26          Judge:  Alston          Reporter:  T. Harris
Time:    1:50 to 2:13

UNITED STATES of AMERICA
                Vs.

Muneeb Akhter
Sohaib Akhter                    1:25-cr-307
Defendant's Name                 Case Number

Daniel Goldman
Chong Park                       Vanessa Strobbe, George Brown, Stefanie Schwartz
Counsel for Defendant            Counsel for Government

Matter called for:
( ) Motions                ( ) Setting Trial Date      ( ) Change of Plea Hrg.      ( ) Rule 35
(✓) Arraignment on         ( ) Appeal from USMC         ( ) Sentencing               ( ) Rule 20 & Plea
Superseding Indictment
( ) Probation/Supervised Release Hrg.                   ( ) Pre-Indictment Plea      ( ) Other: _____

Defendant appeared:       (✓) in person               ( ) failed to appear
                          (✓) with Counsel             ( ) without counsel          ( ) through counsel

Arraignment & Plea:
(✓) WFA    ( ) FA    ( ) PG    (✓) PNG

Motion to Dismiss Superseding Indictment – Denied.

Case continued to 5/04/2026 at 9:00 (through 5/12/2026) for: (✓) Jury Trial  ( Jury Trial previously set for 2/2/2026 removed)

Defendant Sohaib Akhter requests a hearing for review of detention order – Granted, Hearing set for 1/28/2026 at 10:00.

Defendant Muneeb Akhter requests that the keep separate order be vacated – Granted, the Order is amended to allow reasonable conduct with each other.

Briefing on bond issue to be filed by close of business on Friday, January 1/23/26. The government to respond by close of business on 1/26/26.

Bond Set at:  $_____    ( ) Unsecured        ( ) Surety              ( ) Personal Recognizance
( ) Release Order Entered   (✓) Defts Remanded   ( ) Deft. Released on Bond   ( ) Deft. Continued on Bond

Defendants: (✓) In Custody   ( ) Summons Issued   ( ) On Bond   ( ) Warrant Issued   ( ) 1st appearance