It's okay that you're not messaging me.

# &lt;a href="intent::/yout ube.com#Intent">h ey&lt;/a>

Reference #: 274,421,883

| | |
|---|---|
| From: | SOHAIB AKHTER (Inmate: A0165837) |
| To: | Anika Chowdhury (Public: veroxyfoxy) |
| Sent: | 12/20/2025 10:28 PM |
| Status: | Recipient Read |

Salaam hun, it would be cool if you can find a webp converter online, convert one of your photos and load it up on the same website and send me a link. I wanna see if that is what it is. Just be sure to check pacer and check in with my lawyer to see what is happening with me. Hope you get to do something over the holidays, maybe with your friend inshAllah. The trial should be soon inshAllah.

# &lt;a href="intent://youtu be.com#Intent">ni ght&lt;/a>

Reference #: 274,422,363

| | |
|---|---|
| From: | SOHAIB AKHTER (Inmate: A0165837) |
| To: | Anika Chowdhury (Public: veroxyfoxy) |
| Sent: | 12/20/2025 10:30 PM |
| Status: | Recipient Read |

Hey, forgot to say goodnight

# Try opening this. I converted this to webp

Reference #: 274,426,068

| | |
|---|---|
| From: | Anika Chowdhury (Public: veroxyfoxy) |
| To: | SOHAIB AKHTER (Inmate: A0165837) |
| Sent: | 12/20/2025 10:51 PM |
| Status: | Recipient Read |

https://us-east.storage.cloudconvert.com/tasks/c63be3b0-ad7e-4916-bd3e-ec6d974e020f/I MG_6924.webp?X-Amz-Algorithm=AWS4-HMAC-SHA256&X-Amz-Content-Sha256=UNSIGNED-PAYLO AD&X-Amz-Credential=cloudconvert-production%2F20251221%2Fva%2Fs3%2Faws4_request&a mp;X-Amz-Date=20251221T034329Z&X-Amz-Expires=86400&X-Amz-Signature=edf18bac84 4c89ef9016cb00f4d13aa12355306a635ca4afe1882153022dfba2&X-Amz-SignedHeaders=host&a

mp;response-content-disposition=inline%3B%20filename%3D%22IMG_6924.webp%22&respon
se-content-type=image%2Fwebp&x-id=GetObject

# RE: Try opening this. I converted this to webp

Reference #: 274,428,386

From:       SOHAIB AKHTER (Inmate: A0165837)

To:         Anika Chowdhury (Public: veroxyfoxy)

Sent:       12/20/2025 11:09 PM

Status:     Recipient Read

This is just a converter website so only you can see it, you need to download it and
put it on a webp image hosting website

# Okay this link is on the hosting web.

Reference #: 274,429,284

From:       Anika Chowdhury (Public: veroxyfoxy)

To:         SOHAIB AKHTER (Inmate: A0165837)

Sent:       12/20/2025 11:18 PM

Status:     Recipient Read

Flagged:    [1] Found 'co' in message.

https://gnygxghbaxatvpryczjc.supabase.co/storage/v1/object/sign/files/1766290346506-u
e1l4n4s.webp?token=eyJraWQiOiJzdG9yYWdlLXVybC1zaWduaW5nLWtleV9jNTg5ZDg2ZS00MTZlLTRkMz
ItOGYxZS03OGJmMGZhMDA1MTMiLCJhbGciOiJIUzI1NiJ9.eyJ1cmwiOiJmaWxlcy8xNzY2MjkwMzQ2NTA2LX
VlMWw0bjRzLndlYnAiLCJpYXQiOjE3NjYyOTA1ODAsImV4cCI6MTc2NjI5NDE4MH0.713_e4j0Y9y5a7BYliZ
9ZReDXu0lxv1J9uiA3EvUBj8

# RE: Okay this link is on the hosting web.

Reference #: 274,431,089

From:       SOHAIB AKHTER (Inmate: A0165837)

To:         Anika Chowdhury (Public: veroxyfoxy)

Sent:       12/20/2025 11:39 PM

Status:     Recipient Read

It says I have to provide the token with it and that token is looooonnngggg can you
just find a webp on google images, make sure the link is short, and send it. I'll try
putting the token tomorrow but one letter/number mistake will not let it load

# Okay? Try this???

This copy was exported from Smart Communications on 12/22/2025 at 3:12 PM US/Eastern by Chief Deputy D. Gordon

Reference #: 274,431,780

| | |
|---|---|
| From: | Anika Chowdhury (Public: veroxyfoxy) |
| To: | SOHAIB AKHTER (Inmate: A0165837) |
| Sent: | 12/20/2025 11:48 PM |
| Status: | Recipient Read |

https://freeimage.host/i/f1CczKv

# RE: Okay? Try this???

Reference #: 274,475,356

| | |
|---|---|
| From: | SOHAIB AKHTER (Inmate: A0165837) |
| To: | Anika Chowdhury (Public: veroxyfoxy) |
| Sent: | 12/21/2025 1:24 PM |
| Status: | Recipient Read |

This one doesn't have the .webp and it says "error fetching content", can you also check gutenberg.org or google gutenberg books on google and search "Audio" it should give you a link to a single book in a foreign language, click on it and scroll to the images of the front page, right click and inspect element and see the &lt;img> or where it links to the picture and tell me what that is. It should have the filetype as well and those pictures show up.

# Did what you asked me to I guess

Reference #: 274,546,011

| | |
|---|---|
| From: | Anika Chowdhury (Public: veroxyfoxy) |
| To: | SOHAIB AKHTER (Inmate: A0165837) |
| Sent: | 12/21/2025 9:04 PM |
| Status: | Delivered |

So I went to Gutenberg.org, it's a free book reading site, whole bunch of books listed. Then I typed "audio" in the search box, Then whole list of books came up, clicked on one and then there one image at the top and I right clocked and then clocked inspect, went on the image &lt;img class="cover-thumb" src=a whole bunch of stuff and then .jpg" alt> ==$0 that's what it said. Idk if I did it right or what. I keep trying to send you links to images but you can't open them :( I am really trying I promise

# JPEG links ? Idk what will work

Reference #: 274,547,653

From:       Anika Chowdhury (Public: veroxyfoxy)
To:         SOHAIB AKHTER (Inmate: A0165837)
Sent:       12/21/2025 9:13 PM
Status:     Delivered

https://imgtolinkx.com/i/Ym0w5DpW &lt;img
src="https://imgtolinkx.com/i/Ym0w5DpW" alt="IMG_7207.jpeg" />
![IMG_7207.jpeg](https://imgtolinkx.com/i/Ym0w5DpW)
[img]https://imgtolinkx.com/i/Ym0w5DpW[/img]

This copy was exported from Smart Communications on 12/22/2025 at 3:12 PM US/Eastern by Chief Deputy D. Gordon