IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Criminal No. 1:25-CR-307-RDA |
| | : | |
| SOHAIB AKHTER | : | |
| a/k/a SUHAIB AKHTER, | : | Hon. Rossie D. Alston, Jr. |
| | : | |
| Defendant. | : | Trial:  May 4, 2026 |
| | : | |

<u>DEFENDANT'S WITNESS LIST</u>

COMES NOW, *pro se* Defendant Sohaib Akhter, and files his Witness List for the trial in the above-captioned case.

At trial, the Defendant may call in his case-in-chief the following witnesses:

1. Sohaib Akhter.

2. Muneeb Akhter.

3. Any witnesses identified in the government's Witness List.

Respectfully submitted,

SOHAIB AKHTER,

Date:  April 27, 2026                          *Pro se Defendant*

1

LOCAL CRIMINAL RULE 57.4 CERTIFICATION, and

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I assisted in the preparation of this document at the request and direction of Defendant Sohaib Akhter.

I FURTHER CERTIFY that I have on this 27th day of April, 2026, filed the above and foregoing document with the Clerk of Court utilizing the CM ECF system, with notice of said filing sent to all counsel of record, at the request and direction of Defendant Sohaib Akhter.

/s/ Chong C. Park

Chong C. Park, VSB No. 45733
Varsanik Park, PLLC
161 Fort Evans Road, N.E.
Suite 235
Leesburg, Virginia 20176
Tel. 703.955.2776
park@cplegalcounsel.com

2