IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA

v.

SOHAIB AKHTER

*Defendant*.

Case No. 1:25-CR-307

Hon. Rossie D. Alston, Jr.

Trial: May 4, 2026

### GOVERNMENT'S UPDATED EXHIBIT LIST

| GX # | Description | Offered | Admitted |
|---|---|---|---|
| **Incident Response** | | | |
| 1-V | MS Teams Video, Feb. 18, 2025 (disc) | | |
| 1-T | MS Teams Video, Feb. 18, 2025 Transcript (US-0002416-0002345) | | |
| 1-Vcc | MS Teams Video, Feb. 18, 2025 with Closed Captions | | |
| 1-A | MS Teams Video Timing Screenshot | | |
| 2 | Opexus Server Drives 156686 (NAS) | | |
| 2-a | Opexus Server Copy 1 (hard drive) S/N ad01OYEL | | |
| 2-b | Opexus Server Copy 2 (hard drive) S/N AD0129kl | | |
| 3 | Mandiant Report (US-0007509-US-00007513) | | |
| 4 | Opexus Logs (disc) | | |
| a1 | Log – DHS DB Deleted | | |
| a2 | Log – DOEd DB Deleted | | |
| a3 | Log – ERROR log | | |

1

| | | | |
|---|---|---|---|
| a4 | Log – PAL DB Deleted | | |
| c | Database List | | |
| 5 | DHS Forensic Report (US-00008377-8384) | | |
| 6 | HSI Cyber Crimes Center Report | | |
| 7 | Sohaib Opexus Registry Key | | |
| 8 | Sohaib Akhter Plea Agreement, 1:25-CR-307, dated April 15, 2026 | | |
| 9 | Muneeb Akhter Plea Agreement, 1:25-CR-307, dated April 15, 2026 | | |
| 10 | Sohaib Akhter Statement of Facts, 1:25-CR-307, dated April 15, 2026 | | |
| 10-r | Redacted_Sohaib Akhter Statement of Facts, 1:25-CR-307, dated April 15, 2026 | | |
| 11 | Muneeb Akhter Statement of Facts, 1:25-CR-307, dated April 15, 2026 | | |
| 12 | Recording Muneeb Akhter Proffer, April 14, 2026 (disc) | | |
| 13 | April 15, 2025 Akhter Plea Hearing Transcript | | |
| 14 | Sohaib Email to Customers, Feb. 18, 2025 | | |
| **Searches** | | | |
| 20 | Search Warrant Photos, Alexandria VA March 12, 2025 | | |
| 21 | Ammunition in Vehicle | | |
| 22 | Ammunition Sleeves | | |
| 23 | Ammunition Can with Ammunition | | |
| 23-A | Ammunition Photographs | | |
| 30 | Search Warrant Photo, Carrolton Texas March 12, 2025 | | |

2

| | | | |
|---|---|---|---|
| 31 | Samsung Cell Phone S22 (Item 1) (Phone) | | |
| a | Photo of Samsung Cell Phone S22 | | |
| 32 | Muneeb Akhter Phone Extraction (hard drive) Western Digital Hard Drive V308AUBF | | |
| a | Muneeb WhatsApp Password Messages, Feb. 1, 2025 | | |
| b | ChatGPT Account Info | | |
| c | ChatGPT Search – Deleting Logs, Feb. 18, 2025 | | |
| d | ChatGPT Searches – Extortion, Feb. 19, 2025 | | |
| e | Chrome Browsing History Whitepages.com, Feb. 1, 2025 | | |
| 33 | E-Mail Logins File Muneeb's Phone | | |
| 40 | Room Sketches, Alexandria Search Dec. 3, 2025 | | |
| 41 | Muneeb's MSI personal laptop (S/N S7M4NSoX119301H) | | |
| 42 | Muneeb MSI Laptop Extraction Western Digital Drive S/N V1JZ7N0S | | |
| a | Hotmail Logs (spreadsheet on disc) | | |
| b | Hotmail Logs Excerpts | | |
| c(1) | Web History Excerpt Espie | | |
| c(2) | Web History Excerpt Pattern | | |
| 50 | Sohaib Akhter iPhone (physical device) | | |
| 51 | Sohaib Akhter Phone Extraction (hard drive) Western Digital Drive S/N V30EDDJF | | |
| a | WhatsApp Messages 11.1.2024-12.2.2025 | | |
| a(1) | WhatsApp Found Miles, May 11, 2025 | | |
| a(2) | WhatsApp Message Boarding Pass, Dec. 1, 2025 | | |

3

| | | | |
|---|---|---|---|
| a(3) | Sohaib WhatsApp Password Messages, Feb. 1, 2025 | | |
| b | iMessages with XXX-XXX-9633 | | |
| c | GottaSell5@gmail.com emails | | |
| d | iMessages with XXX-XXX-8781, Feb. 16, 2025 | | |
| e | Weapons Photos Geolocation | | |
| f | Weapons Photos from Sohaib Phone | | |
| g | WhatsApp Message and Photo, Nov. 26, 2025 | | |
| h | Sohaib Akhter iPhone Graykey Extraction Report | | |
| 52 | Hand Search Warrant Photos | | |
| 53 | American Airlines Records | | |
| 53a | AA Certificate of Authenticity | | |
| 54 | Password Summary Demonstrative Exhibit | | |
| **Stipulations** | | | |
| | | | |
| **Firearms** | | | |
| 89 | J.C. Higgins Model 42, .22 caliber (.22 Long Rifle / 5.6×15mmR) rifle, no serial number | | |
| 90 | Harrington and Richardson, Model M1, .30 caliber (.30-06 Springfield / 7.62x63mm) rifle, serial number 4780522 | | |
| 91 | Springfield Armory, Model M1A, .30 caliber (.308 Winchester / 7.62x51mm NATO) rifle, serial number 047785 | | |
| 92 | Ruger, Model Mark 1 Standard, .22 caliber (.22 Long Rifle / 5.6×15mmR) pistol, serial number 7083 | | |
| 93 | Colt, Model The Woodsman, .22 caliber (.22 Long Rifle / 5.6×15mmR) pistol, serial number 111599 | | |

| | | | |
|---|---|---|---|
| 94 | ATF Nexus Report | | |
| 95 | ATF Firearms Photos | | |
| 96 | Tanglewood Trading Documents | | |
| 97 | Jail Call, December 18, 2025 (disc) | | |
| 97a | Jail Call December 18, 2025 excerpt (disc) | | |
| 98 | Colt, Model Official Police, .38 caliber (.38 Smith & Wesson Special / 9×29.5mmR) caliber revolver, serial number 733585 | | |
| 99 | Glenfield (Marlin Firearms Company), Model 60, .22 caliber (.22 Long Rifle / 5.6×15mmR) rifle, serial number 26258114 | | |
| **Expert CVs and Reports** | | | |
| 100 | William Tippie CV | | |
| 101 | Ryan McCollum CV | | |
| 102 | Mark Harvey CV | | |
| 103 | Jonathan Hutchins CV | | |
| 104 | Umesh Patel CV | | |
| **2015 Case** | | | |
| 201 | Sohaib Akhter Judgment, 1:15-CR-124, dated October 2, 2015 | | |
| 201-r | Redacted_ Sohaib Akhter Judgment, 1:15-CR-124, dated October 2, 2015 | | |
| 202 | Sohaib Akhter Statement of Facts, 1:15-CR-124, dated June 26, 2015 | | |
| 203 | Sohaib Akhter Plea Agreement, 1:15-CR-124, dated June 26, 2015 | | |
| 204 | Muneeb Akhter Judgment, 1:15-CR-124, dated October 2, 2015 | | |

| | | | |
|---|---|---|---|
| 205 | Muneeb Akhter Statement of Facts, 1:15-CR-124, dated June 26, 2015 | | |
| 206 | Muneeb Akhter Plea Agreement, 1:15-CR-124, dated June 26, 2015 | | |

RESPECTFULLY SUBMITTED,

TODD W. BLANCHE
ACTING ATTORNEY GENERAL


Date: May 4, 2026          By:          /s/
                                        Vanessa Strobbe
                                        Assistant United States Attorney

                                        George Brown
                                        Stefanie Schwartz
                                        Trial Attorneys