**CRIMINAL JURY TRIAL PROCEEDINGS**

Date:  5/07/2026                    Case No:  1:25-cr-00307-002                    Time:  1:55 – 2:07

Before the Honorable:  ROSSIE D. ALSTON, JR

Court Reporter:  T. Harris


|                     PARTIES                     |                     COUNSEL                     |
| --- | --- |

UNITED STATES OF AMERICA                    Vanessa Strobbe, George Brown, Stefanie Schwartz

vs.

SOHAIB AKHTER                                          Chong Park


Jury deliberations continued. (9:00 a.m.)

The jury returned to the courtroom with a verdict of Guilty on Counts 1, 7, 8; Not Guilty on Count 13

Defendant referred to PO for PSIR and sentencing set for 9/9/2026 @ 11:00 a.m.

Deft remanded.