IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA

v.

SOHAIB AKHTER,

Defendant.

Case No. 1:25-CR-307

Hon. Rossie D. Alston, Jr.

Trial: May 4, 2026

## GOVERNMENT'S WITNESS LIST

COMES NOW, the United States of America, and hereby files its Witness List for trial in the above-captioned case.

At trial, the government may call in its case-in-chief the following witnesses:

1. Muneeb Akhter

(6) 2. Dennis Anpilogov  5|4|26

(9) 3. Melisa Baca  5|5|26

4. Peter Caggiano

5. Carlos Canas

(11) 6. Anika Chowdhury  5|5|26

(7) 7. Carrie Jackson  5|4|26

8. Demetrios Flowers

(13) 9. Sivaram Ghorakavi  5|5|26

(15) 10. Jonathan Hutchins  5|5|26

(2) 11. Serina Lacey  5|4|26

(14) 12. Joseph Lewis  5|5|26

13. Rebecca Loveless

(12) 14. Esperanza Montalvo 5|5|26

(10) 15. Angel Morningstar 5|5|26 & 5|6|26

(7) 16. Ryan McCollum 5|5|26

17. Lauren Manzo

(3) 18. Umesh Patel 5|4|26 & 5|6|26

(5) 19. Sundhar Rajan 5|4|26

(4) 20. Srinivas Sristy 5|4|26

(8) 21. William Tippie 5|5|26

22. Frank Weaver

RESPECTFULLY SUBMITTED,

TODD W. BLANCHE
ACTING ATTORNEY GENERAL

Date: April 27, 2026    By: _____/s/_____

Vanessa Strobbe
Assistant United States Attorney

George Brown
Stefanie Schwartz
Trial Attorneys