UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA


UNITED STATES OF AMERICA


vs.


SOHAIB AKHTER                              CASE NO. 1:25CR00307-001

        Defendant.


                    Defendant's Witnesses:

1)  Sohaib Akhter

2)  Umesh Patel



                    Defendant's Exhibits


1)  Affidavit for Search Warrant - 1:25-sw-1004

2)  Affidavit for Search Warrant - 1:25-sw-50

✓ 3)  Target Letter - Admitted

✓ 4)  Photos of hand - Admitted

5)  Page 52 of G13 - withdrawn

✓ 6)  Search Warrant - Admitted