U.S. v. Rafiekian 68 F.4th 177, 186-87 (4th Cir '23)
991 F.3d 529 (4th Cir '21)

FILED
MAILROOM

MAY 13 2026

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

Dear Honorable Judge Alston,

1:25-cr-307-RDA-1

I am very upset at my counsel, whom I've motioned twice to remove, explicitly disregarding my instructions and meddling unfavorably with my case. They appeared at my brother's trial and in the brief 15 minutes granted for us to meet with him on May 5th, convinced him that calling me would adversely affect me and the plea I'm withdrawing. The next day, I was prevented from getting on the bus for court because counsel alerted jail officials my presence at court was not needed. Before my brother's trial, I requested my counsel assist my brother in subpoenaing me and make sure I testify in his defense.

I will always maintain my actions, deleting databases, were done prior to my brother's awareness and there was absolutely no agreement between us. How would we even know I'd still have access post-termination? I also attest that the password sent to me in Count 7 during our employment, he had no indication to it's purpose or any criminal intent.

No evidence was gathered for his defense and he had nothing except his own testimony to support him.

Please give me a chance to defend my brother, coordinate a defense strategy with evidence in a new bench trial.

Respectfully Submitted,
Muvved Alkta 5/8/26