**Gmail**

Daniel Goldman <dan@dangoldmanlaw.com>

## Authorization from Muneeb

2 messages

**Amerah Akhter** <amerah_pa@yahoo.com>
To: Daniel Goldman <dan@dangoldmanlaw.com>, Joni Robin <joni@jonirobinlaw.com>

Mon, May 18, 2026 at 11:45 AM

Dear Mr. Goldman, Ms. Robin,

Muneeb asked me to forward the following message to you:

I, Muneeb Akhter, give authority to my counsel, Daniel Goldman and Joni Robbins, full authority to revoke my pro-se pleadings and file on my behalf moving forward on 5/18/2026

Best Regards,
Amerah Akhter

---

**Daniel Goldman** <dan@dangoldmanlaw.com>
To: Amerah Akhter <amerah_pa@yahoo.com>
Cc: Joni Robin <joni@jonirobinlaw.com>

Mon, May 18, 2026 at 1:05 PM

Received, thank you.

The Law Office of Daniel Goldman, PLLC
421 King St., Ste. 505
Alexandria, VA 22314
(202) 677-5709 - Phone
(833) 523-2310 - Fax
*Licensed in Virginia, Maryland, and West Virginia*

**This is a transmission from The Law Office of Daniel Goldman, PLLC, and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at our telephone number (202) 677-5709.**

[Quoted text hidden]