1:25CR307



FILED
MAILROOM

MAY 20 2026

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

Dear Honorable Judge Alston,

I apologize for my pro-se filings and after consideration with the effort at which

my counsel worked in negotiating a plea without mandatory minimums, resolving most of my

concerns in pretrial motions, wish to persist in my guilty plea and dispel any conflict of

interest claim. Counsel has assured me many of my remaining issues will be challenged prior

to sentencing and will result in the most favorable outcome. Thank you for your support.

Sincerest Regards,
Muneeb Akhter
Muneeb Akhter 5/15/26