MUNEEB AKHTER (R-0)
NORTHERN NECK REGIONAL JAIL
P.O. BOX 1060, WARSAW, VA 22572

RICHMOND VA RPDC 230

16 MAY 2026 PM 3 L



FOREVER / USA

LEGAL MAIL

RE: 1:25-CR-307

ATTN: CLERK OF THE COURT

U.S. MARSHALS
INSPECTED

401 COURTHOUSE SQUARE
ALEXANDRIA, VA 22314

RECEIVED
MAILROOM

MAY 20 2026

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

22314-570499

© USPS 2022

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC
MIX
Envelope
FSC® C137131

THIS ITEM, THEREFORE THE NORTHERN NECK REGIONAL JAIL.
NORTHERN NECK REGIONAL JAIL DOES NOT ASSUME
NEITHER CENSORED NOR INSPECTED
RESPONSIBILITY FOR ITS CONTENT