# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

UNITED STATES OF AMERICA,

      Plaintiff,

v.

      Case No. 1:25-Cr-307

SOHAIB AKHTER,

      Defendant-Appellant.

## NOTICE OF APPEAL

Defendant-Appellant **SOHAIB AKHTER** respectfully gives notice of his appeal to the United States Court of Appeals for the Fourth Circuit from the Judgment and Commitment Order entered against him in the above-captioned criminal action.

The judgment and order being appealed is as follows:

| | |
|---|---|
| **Docket Entry Number** | : 134 |
| **Date Judgment Entered** | : May 7, 2026 |
| **Nature of Judgment** | : Jury Verdict as to Count 1, Count 7, and Count 8, as returned by the jury and entered by the Court. |

Defendant-Appellant Sohaib Akhter respectfully gives notice of his intent to appeal the above-referenced judgment, including the Jury's verdict on Counts 1, 7, and 8, and all adverse rulings, orders, and decisions made in connection therewith. This appeal is taken pursuant to **28 U.S.C. § 1291** and **Federal Rule of Appellate Procedure 4(b)**. This Notice of Appeal is timely filed within the entry of the judgement.

Respectfully submitted,

/s/ SOHAIB AKHTER

Sohaib Akhter

Defendant-Appellant

Date: May 21, 2026

## CERTIFICATE OF SERVICE

I, Sohaib Akhter, hereby certify that on **May 21, 2026**, a true and correct copy of the foregoing **Notice of Appeal** was hand delivered to the following:

**1. United States Attorney's Office, Counsel for the United States** — hand delivered on May 21, 2026.

**2. Clerk of Court, United States District Court, Eastern District of Virginia, Alexandria Division** — hand delivered on May 21, 2026.

I certify under penalty of perjury that the foregoing is true and correct.

/s/ SOHAIB AKHTER

---

Sohaib Akhter

Defendant-Appellant

Date: May 21, 2026