**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
LEWIS F. POWELL, JR. UNITED STATES COURTHOUSE ANNEX
1100 EAST MAIN STREET, SUITE 501
RICHMOND, VIRGINIA  23219-3517
WWW.CA4.USCOURTS.GOV

NWAMAKA ANOWI                                                                                      TELEPHONE
    CLERK                                                                                         (804) 916-2700

May 21, 2026

Fernando Galindo, Clerk
United States District Court
Eastern District of Virginia
401 Courthouse Square
Alexandria, VA 22314

       Re:   **US v. Sohaib Akhter**
           1:25-cr-00307-RDA-2

Dear Clerk:

Review of the district court docket discloses that the district court has not yet entered judgment in this case. Under Fed. R. App. P. 4(b)(2), a notice of appeal filed after a decision, sentence, or order is announced but before judgment is entered, is treated as filed on the date of and after entry of judgment.

This court will treat the notice of appeal as filed as of the date the district court enters its judgment and will docket the appeal following entry of judgment. Please notify this court upon entry of the judgment.

                    Yours truly,

                    */s/ Ashley Brownlee*

cc:   Chong C. Park
      Stefanie Ann Schwartz
      Vanessa Karr Strobbe
      George Brown